# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **OMAR BRIGGS** | : | **NO. 11-177** |

## ORDER

**NOW**, this 8th day of December, 2021, upon consideration of the defendant's *pro se* Letter Motion for Compassionate Release (ECF No. 54) and the government's response (ECF No. 57), it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.